UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  EDCV07-01678 VAP |
| | ) | **EDCR03-00084 VAP** |
| Plaintiff/Respondent, | ) | |
| | ) | ORDER REQUIRING RETURN TO § 2255 MOTION |
| v. | ) | |
| BENJAMIN JORDAN BEAL, | ) | |
| Defendant/Movant. | ) | |

    Based upon Defendant/Movant's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

    IT IS HEREBY ORDERED that the United States Attorney file an Answer to the motion on/or before April 11, 2008, accompanied by all records, and that Respondent serve a copy of the Answer upon the Defendant/Movant prior to the filing thereof.

    NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

    IT IS FURTHER ORDERED that if the Defendant/Movant desires to file a Reply to the Answer, he shall do so twenty-one days from the Return filing date, setting forth separately: (a) his admission or

1  denial of any new factual allegations of the return, and (b) any
2  additional legal arguments.
3      IT IS FURTHER ORDERED that if any pleading or other paper
4  submitted to be filed and considered by the Court does <u>not</u> include
5  a certificate of service upon the Respondent, or counsel for
6  Respondent, it will be stricken from this case and disregarded by
7  the Court.

9  Dated:   March 21, 2008              _____
                                         VIRGINIA A. PHILLIPS
10                                       United States District Judge