THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3749
    Facsimile: (213) 894-0142
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>    v.<br><br>BENJAMIN J. BEAL,<br><br>    Defendant-Petitioner. | Nos. ED CV 07-1678-VAP<br>    **(ED CR 03-84-VAP)**<br><br>ORDER RE: GOVERNMENT'S <u>EX PARTE</u> MOTION TO CONTINUE BRIEFING SCHEDULE |

ORDER

It is hereby ordered that the government's response to defendant's motion pursuant to 28 U.S.C. § 2255 is due on or before May 12, 2008.  Defendant's reply, if any, is due June 12, 2008.

IT IS SO ORDERED.

DATED: April 17, 2008

                                     */s/ Virginia A. Phillips*
                            HONORABLE VIRGINIA A. PHILLIPS
                            United States District Judge