UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case No. EDCV 07-1678-VAP |
|---|---|---|
| | ) | **EDCR 03-0084-VAP** |
| Plaintiff/Respondent, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| BENJAMIN JORDAN BEAL, | ) ) | |
| Defendant/Petitioner. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DENIED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 4, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge